Submitted December 18, 1991, on appellant's petition for review from the decision of the Court of Appeals,* petition for review allowed, decision of Court of Appeals dismissing appeal vacated, case remanded to Court of Appeals for further consideration June 18, 1992

MARVIN BETSCH,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE,
*Respondent on Review.*

(CA A66200; SC S38672)

833 P2d 1277

Lawrence J. Hall, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was Sally L. Avera, Public Defender, Salem.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals dismissing the appeal is vacated. The case is remanded to the Court of Appeals for further consideration in light of *Jenkins v. Board of Parole*, 313 Or 234, 833 P2d 1268 (1992).

---

* Judicial review from the Board of Parole. 109 Or App 155, 817 P2d 1356 (1991).